1  EDWARD M. BULL, III, ESQ.
      Ebull@banningmicklow.com
2  BANNING MICKLOW & BULL LLP
   384 EMBARCADERO WEST, SUITE 200
3  OAKLAND, CA 94607-3704
   TELEPHONE:  (510) 268-6180
4  FACSIMILE:   (510) 268-6181

5  ATTORNEYS FOR PLAINTIFF
   MATTHEW PEAKE
6

7  ROBERT D. EASSA, CAL. BAR NO. 107970
      ROBERT.EASSA.SERVICE@FILICEBROWN.COM
8  JAMES Y. WU, CAL. BAR NO. 213090
      JAMES.WU.SERVICE@FILICEBROWN.COM
9  DELIA A. ISVORANU, CAL. BAR NO. 226750
      DELIA.ISVORANU.SERVICE@FILICEBROWN.COM
10 FILICE BROWN EASSA & MCLEOD LLP
   1999 HARRISON STREET, SUITE 1800
11 OAKLAND, CALIFORNIA  94612-3520
   TELEPHONE:  (510) 444-3131
12 FACSIMILE:   (510) 839-7940

13 ATTORNEYS FOR DEFENDANTS
   CHEVRON U.S.A. INC. AND
14 CHEVRON TRANSPORTATION CORPORATION LTD.

15                     UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18 MATTHEW PEAKE,                       |  No.  C 00-4228 MHP
19              Plaintiff,              |  STIPULATION OF DISMISSAL WITH
                                        |  PREJUDICE
20  v.                                  |
21 CHEVRON SHIPPING COMPANY, INC.;      |  Judge: Hon. Marilyn Hall Patel
   CHEVRON TRANSPORTATION               |  Courtroom: 15
22 CORPORATION, LTD.,                   |  Trial Date: February 24, 2009
23              Defendant.
24

25     IT IS HEREBY STIPULATED by and between the parties to this action, through their
26 designated counsel, that the above-captioned action be and hereby is **dismissed with prejudice** as
27 to all causes of action and all parties pursuant to Federal Rule of Civil Procedure 41(a)(1) and
28 Civil Local Rule 7-12. Each party is to bear its own costs and attorneys' fees.

Dated: 12-11, 2008                BANNING MICKLOW & BULL LLP

By: _____
Edward Bull
Attorneys for Plaintiff
MATTHEW PEAKE

Dated: 12-19, 2008                FILICE BROWN EASSA & MCLEOD LLP

By: /s/ Robert D. Eassa
Robert D. Eassa
James Y. Wu
Delia A. Isvoranu
Attorneys for Defendants
CHEVRON U.S.A. INC. and
CHEVRON TRANSPORTATION
CORPORATION, LTD.

## ORDER

This action, in its entirety as to all causes of action and all parties, is hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 8, 2009        By: _____
                                HON. MARILYN HALL PATEL
                                UNITED STATES DISTRICT JUDGE

00215 34123 JYW 598776.1

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE
C 00-4228 MHP